**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: ARCON DEVELOPMENT, LLC          § Case No. 14-18450-MBK
                                       §
                                       §
                                       §
Debtor(s)                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Catherine E. Youngman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $773,000.00            Assets Exempt: N/A
(without deducting any secured claims)

Total Distribution to Claimants: $11,105.31    Claims Discharged
                                               Without Payment: N/A

Total Expenses of Administration: $14,067.58
```

3) Total gross receipts of $ 25,172.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,172.89 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $4,207.86 | $4,207.86 | $2,103.93 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,067.58 | 14,067.58 | 14,067.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 10,624.31 | 10,624.31 | 9,001.38 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 621,437.95 | 237,954.46 | 171,816.81 | 0.00 |
| **TOTAL DISBURSEMENTS** | $621,437.95 | $266,854.21 | $200,716.56 | $25,172.89 |

4) This case was originally filed under Chapter 7 on April 29, 2014. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/26/2017          By: /s/Catherine E. Youngman
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| DIP ACcount Wells Fargo | 1129-000 | 136.00 |
| Escrow account held by Jakcson Twp | 1129-000 | 25,036.89 |
| **TOTAL GROSS RECEIPTS** | | **$25,172.89** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | State of New Jersey | 4800-000 | N/A | 2,103.93 | 2,103.93 | 0.00 |
| | State of New Jersey | 4800-000 | N/A | 2,103.93 | 2,103.93 | 2,103.93 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$4,207.86** | **$4,207.86** | **$2,103.93** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| United States Trustee | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| Catherine E. Youngman | 3120-000 | N/A | 268.78 | 268.78 | 268.78 |
| Withum Smith + Brownh | 3410-000 | N/A | 2,296.20 | 2,296.20 | 2,296.20 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Catherine Youngman | 2100-000 | N/A | 3,267.29 | 3,267.29 | 3,267.29 |
| Catherine E. Youngman | 3110-000 | N/A | 7,220.50 | 7,220.50 | 7,220.50 |
| Catherine E. Youngman | 2200-000 | N/A | 73.00 | 73.00 | 73.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 28.89 | 28.89 | 28.89 |
| Rabobank, N.A. | 2600-000 | N/A | 38.46 | 38.46 | 38.46 |
| Rabobank, N.A. | 2600-000 | N/A | 37.20 | 37.20 | 37.20 |
| Rabobank, N.A. | 2600-000 | N/A | 34.75 | 34.75 | 34.75 |
| Rabobank, N.A. | 2600-000 | N/A | 38.30 | 38.30 | 38.30 |
| Rabobank, N.A. | 2600-000 | N/A | 35.85 | 35.85 | 35.85 |
| Rabobank, N.A. | 2600-000 | N/A | 34.60 | 34.60 | 34.60 |
| Rabobank, N.A. | 2600-000 | N/A | 39.32 | 39.32 | 39.32 |
| International Sureties LTD | 2300-000 | N/A | 10.28 | 10.28 | 10.28 |
| Rabobank, N.A. | 2600-000 | N/A | 34.41 | 34.41 | 34.41 |
| Rabobank, N.A. | 2600-000 | N/A | 34.34 | 34.34 | 34.34 |
| Rabobank, N.A. | 2600-000 | N/A | 39.03 | 39.03 | 39.03 |
| Rabobank, N.A. | 2600-000 | N/A | 34.24 | 34.24 | 34.24 |
| Rabobank, N.A. | 2600-000 | N/A | 34.19 | 34.19 | 34.19 |
| Rabobank, N.A. | 2600-000 | N/A | 38.86 | 38.86 | 38.86 |
| Rabobank, N.A. | 2600-000 | N/A | 34.09 | 34.09 | 34.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $14,067.58 | $14,067.58 | $14,067.58 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David Meth | 6210-000 | N/A | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Internal Revenue Service | 5800-000 | N/A | 10,624.31 | 10,624.31 | 9,001.38 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $10,624.31 | $10,624.31 | $9,001.38 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Storm Master South | 7100-000 | 797.00 | 697.00 | 697.00 | 0.00 |
| 2 | Robert King Company | 7100-000 | 4,137.40 | 4,137.40 | 4,137.40 | 0.00 |
| 3U | Internal Revenue Service | 7100-000 | N/A | 6,678.85 | 6,678.85 | 0.00 |
| 4 | Bahr's Nursery | 7100-000 | 3,421.25 | 3,635.25 | 0.00 | 0.00 |
| 5 | Tri State Insulation | 7100-000 | N/A | 3,681.24 | 3,681.24 | 0.00 |
| 6 | Tri State Insulation | 7100-000 | N/A | 2,819.39 | 2,819.39 | 0.00 |
| 8 | Antoni Zerych | 7100-000 | 19,920.00 | 19,920.00 | 19,920.00 | 0.00 |
| 9 | Amboy Bank | 7100-000 | 0.00 | 86,166.72 | 86,166.72 | 0.00 |
| 10 | Eastern Civil Enginereering | 7100-000 | 619.60 | 619.60 | 619.60 | 0.00 |
| 11 | Hall & Hall | 7100-000 | 2,144.05 | 24,417.43 | 24,471.43 | 0.00 |
| 13 | Robert King Company | 7100-000 | 4,137.40 | 4,137.40 | 0.00 | 0.00 |
| 14 | Freehold Carpentry | 7100-000 | 38,064.00 | 55,000.00 | 0.00 | 0.00 |
| 15 | Mountain Millwork | 7100-000 | 4,951.67 | 9,468.42 | 9,468.42 | 0.00 |
| 16 | Joffe Lumber | 7100-000 | 13,156.76 | 13,156.76 | 13,156.76 | 0.00 |
| 17 | Tri State Insulation | 7200-000 | N/A | 3,419.00 | 0.00 | 0.00 |
| NOTFILED | Shamrock Windows & Doors | 7100-000 | 335.33 | N/A | N/A | 0.00 |
| NOTFILED | Scope Engineering, Inc | 7100-000 | 3,970.00 | N/A | N/A | 0.00 |
| NOTFILED | Shamy, Shipers & Lonski | 7100-000 | 1,350.00 | N/A | N/A | 0.00 |
| NOTFILED | Slater, Tenaglia, Fritz & Hunt | 7100-000 | 3,248.00 | N/A | N/A | 0.00 |
| NOTFILED | RWZ Inc. Stairs & Rails | 7100-000 | 11,628.81 | N/A | N/A | 0.00 |
| NOTFILED | Robert Kubica Plumbing | 7100-000 | 4,835.00 | N/A | N/A | 0.00 |
| NOTFILED | Sakoutis Brothers Disposal | 7100-000 | 609.86 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Whitewood Agency | 7100-000 | 5,549.00 | N/A | N/A | 0.00 |
| NOTFILED | REM Ltd. | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Sunrise General Contracting c/o Valentino and Slowinski | 7100-000 | 6,922.50 | N/A | N/A | 0.00 |
| NOTFILED | Volga Painting LLC | 7100-000 | 2,845.00 | N/A | N/A | 0.00 |
| NOTFILED | R & R Stairs | 7100-000 | 3,341.67 | N/A | N/A | 0.00 |
| NOTFILED | EJP | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Erco | 7100-000 | 12,116.50 | N/A | N/A | 0.00 |
| NOTFILED | Delisa Water Service | 7100-000 | 734.30 | N/A | N/A | 0.00 |
| NOTFILED | Felsco Landscaping | 7100-000 | 2,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Champion Carpet Shops | 7100-000 | 1,027.14 | N/A | N/A | 0.00 |
| NOTFILED | Ansell Grimm and Aaron | 7100-000 | 2,934.00 | N/A | N/A | 0.00 |
| NOTFILED | Art Quackenbush | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Aspetti Corp. | 7100-000 | 10,450.00 | N/A | N/A | 0.00 |
| NOTFILED | New Jersey Natural Gas | 7100-000 | 1,413.00 | N/A | N/A | 0.00 |
| NOTFILED | Northeastern Building Supply | 7100-000 | 888.02 | N/A | N/A | 0.00 |
| NOTFILED | Mirakle Construction | 7100-000 | 5,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Olender Feldman LLP | 7100-000 | 386,833.47 | N/A | N/A | 0.00 |
| NOTFILED | MG Construction | 7100-000 | 11,368.25 | N/A | N/A | 0.00 |
| NOTFILED | Imagemaker | 7100-000 | 18,069.50 | N/A | N/A | 0.00 |
| NOTFILED | Jerzy Dusza and Alicja Dusza c/o Chelli and Bush | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | James Restuero | 7100-000 | 21,750.00 | N/A | N/A | 0.00 |
| NOTFILED | Masco Administrative Tri State Division | 7100-000 | 3,819.39 | N/A | N/A | 0.00 |
| NOTFILED | Meehan Certing & Dumpsters | 7100-000 | 950.08 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$621,437.95** | **$237,954.46** | **$171,816.81** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-18450-MBK  **Trustee:** (500410) Catherine E. Youngman
**Case Name:** ARCON DEVELOPMENT, LLC  **Filed (f) or Converted (c):** 09/17/14 (c)
**§341(a) Meeting Date:** 10/24/14
**Period Ending:** 01/26/17  **Claims Bar Date:** 06/15/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  DIP ACcount Wells Fargo | 150.00 | 0.00 | | 136.00 | FA |
| 2  5 Dante Court, Jackson, NJ | 598,000.00 | 0.00 | OA | 0.00 | FA |
| 3  14 Dante Court, Jackson | 175,000.00 | 0.00 | OA | 0.00 | FA |
| 4  Escrow account held by Jakcson Twp | 25,000.00 | 0.00 | | 25,036.89 | FA |
| **4  Assets  Totals** (Excluding unknown values) | **$798,150.00** | **$0.00** | | **$25,172.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 1, 2017     **Current Projected Date Of Final Report (TFR):**   August 23, 2016  (Actual)

Printed: 01/26/2017 03:51 PM     V.13.28

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-18450-MBK  
**Case Name:** ARCON DEVELOPMENT, LLC  

**Taxpayer ID #:** **-***3900  
**Period Ending:** 01/26/17  

**Trustee:** Catherine E. Youngman (500410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5166 - Checking Account  
**Blanket Bond:** $35,517,734.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/06/14 | {1} | Wells Fargo | DIP Account Proceeds | 1129-000 | 136.00 | | 136.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 126.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 116.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 106.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 96.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 86.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 76.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 66.00 |
| 05/04/15 | {4} | Towship of Jackson | Developer Escrow Funds | 1129-000 | 25,036.89 | | 25,102.89 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.89 | 25,074.00 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.46 | 25,035.54 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.20 | 24,998.34 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.75 | 24,963.59 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.30 | 24,925.29 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.85 | 24,889.44 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.60 | 24,854.84 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.32 | 24,815.52 |
| 01/14/16 | 101 | International Sureties LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/14/2016 FOR CASE #14-18450, Blanket Bond<br>Voided on 01/14/16 | 2300-000 | | 1.74 | 24,813.78 |
| 01/14/16 | 101 | International Sureties LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/14/2016 FOR CASE #14-18450, Blanket Bond<br>Voided: check issued on 01/14/16 | 2300-000 | | -1.74 | 24,815.52 |
| 01/15/16 | 102 | International Sureties LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/15/2016 FOR CASE #14-18450 | 2300-000 | | 10.28 | 24,805.24 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.41 | 24,770.83 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.34 | 24,736.49 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.03 | 24,697.46 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.24 | 24,663.22 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.19 | 24,629.03 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.86 | 24,590.17 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.09 | 24,556.08 |
| 10/31/16 | 103 | State of New Jersey | Dividend paid 100.00% on $2,103.93; Claim# 7; Filed: $2,103.93; Reference: | 4800-000 | | 2,103.93 | 22,452.15 |

Subtotals :    $25,172.89    $2,720.74

{} Asset reference(s)

Printed: 01/26/2017 03:51 PM    V.13.28

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 14-18450-MBK | | **Trustee:** | Catherine E. Youngman (500410) |
| **Case Name:** | ARCON DEVELOPMENT, LLC | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******5166 - Checking Account |
| **Taxpayer ID #:** | **-***3900 | | **Blanket Bond:** | $35,517,734.00  (per case limit) |
| **Period Ending:** | 01/26/17 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/31/16 | 104 | United States Trustee | Dividend paid 100.00% on $325.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 325.00 | 22,127.15 |
| 10/31/16 | 105 | Withum Smith + Brownh | Dividend paid 100.00% on $2,296.20, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,296.20 | 19,830.95 |
| 10/31/16 | 106 | Internal Revenue Service | Dividend paid 84.72% on $10,624.31; Claim# 3P; Filed: $10,624.31; Reference: | 5800-000 | | 9,001.38 | 10,829.57 |
| 10/31/16 | 107 | Catherine E. Youngman | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,340.29 | 7,489.28 |
| | | | Dividend paid 100.00%    3,267.29 on $3,267.29;  Claim# TTEEATTY; Filed: $3,267.29 | 2100-000 | | | 7,489.28 |
| | | | Dividend paid 100.00%    73.00 on $73.00;  Claim# TTEEEXPS; Filed: $73.00 | 2200-000 | | | 7,489.28 |
| 10/31/16 | 108 | Catherine E. Youngman | Combined Check for Claims#TTEECOMP,TTATTYEX | | | 7,489.28 | 0.00 |
| | | | Dividend paid 100.00%    7,220.50 on $7,220.50;  Claim# TTEECOMP; Filed: $7,220.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%    268.78 on $268.78;  Claim# TTATTYEX; Filed: $268.78 | 3120-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25,172.89 | 25,172.89 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 25,172.89 | 25,172.89 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,172.89** | **$25,172.89** | |

{} Asset reference(s)

Printed: 01/26/2017 03:51 PM    V.13.28

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-18450-MBK | **Trustee:** Catherine E. Youngman (500410) |
| **Case Name:** ARCON DEVELOPMENT, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******5166 - Checking Account |
| **Taxpayer ID #:** **-***3900 | **Blanket Bond:** $35,517,734.00 (per case limit) |
| **Period Ending:** 01/26/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5166** | 25,172.89 | 25,172.89 | 0.00 |
| | $25,172.89 | $25,172.89 | $0.00 |

{} Asset reference(s)                                                                                                                    Printed: 01/26/2017 03:51 PM    V.13.28